

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellant

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED IN PART to the extent it found appellee owed no duty to appellant regarding appellant's claims for common law negligence, negligent undertaking, negligent failure to train and license, negligence per se, and gross negligence and granted summary judgment in appellee's favor on those claims. Appellant's appeal is DISMISSED IN PART as it pertains to the trial court's order granting summary judgment in appellee's favor on her claims for Texas Insurance Code and DTPA violations. It is ORDERED that appellee recovers its costs of appeal from appellant.

SIGNED April 24, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice